**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 14-cv-02547-RPM

MARTIFER SOLAR USA, INC.,

    Petitioner,

v.

RSBF JEFFCO II, LLC,

    Respondent.

_____

**ORDER ENTERING DEFAULT AND DEFAULT JUDGMENT**
_____

THIS MATTER comes before the Court on the Request for Entry of Default and Entry of Default Judgment (the "Request") filed by Petitioner, Martifer Solar USA, Inc. ("Martifer").  The Court having considered the Request, supporting exhibits and Affidavit of Neal S. Cohen, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

    1.    The default of Respondent RSBF Jeffco II, LLC ("Jeffco II") is entered.

    2.    A judgment in favor of Martifer and against Jeffco II is entered as follows: (a) in the principal amount of $1,615,846.40, with interest at the statutory rate of eight percent (8%) per annum beginning November 1, 2012, until this judgment is paid; plus (b) $21,740.00 of arbitration-related fees and expenses.

Dated:  November 13th , 2014        BY THE CLERK OF THE COURT

                                          s/J. Chris Smith    Deputy Clerk
                                          _____
                                          Clerk, United States District Court